**UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION**

Jason Keihl,

                  Plaintiff,

v.

Palisades Collections, LLC; and
DOES 1-10, inclusive,

                  Defendants.

CASE NO.:  1:11-cv-03638-MJG

**NOTICE OF SETTLEMENT**

      PLEASE BE ADVISED that the above-named Plaintiff and Defendant have preliminarily settled this civil action on all issues. The Parties will file a Stipulation of Dismissal as soon as the settlement is completed, which they anticipate will take approximately thirty (30) days. In the interim, Defendant with Plaintiff's consent, hereby respectfully requests that this Court enter an Order pursuant to Local Rule 111.

Respectfully submitted this 12th  day of June, 2012.

                                          THE LAW OFFICES OF RONALD S. CANTER, LLC

                                          /s/ Birgit Dachtera Stuart
                                          Birgit Dachtera Stuart, Esquire
                                          Bar No.: 17420
                                          200A Monroe Street, Suite 104
                                          Rockville, Maryland 20850
                                          Telephone:  301-424-7490
                                          Facsimile:   301-424-7470
                                          E-Mail:  bstuart@roncanterllc.com
                                          *Attorney for Defendant Palisades Collection, LLC*

CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing was served upon the individual(s) listed below by Electronic Notification pursuant to ECF procedures on this 12th day of June, 2012 to:

        Forrest E. Mays, Esquire
        1783 Forest Drive, Suite 109
        Annapolis, Maryland 21401
        *Attorney for Plaintiff*

        /s/ Birgit Dachtera Stuart
        Birgit Dachtera Stuart, Esquire
        *Attorney for Defendant*